# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

## February 7, 2014

| CAAP–12–00 00826 | Chen v. Hoeflinger | Affirmed |

## April 24, 2014

| CAAP–11–00 00742 | Magalion v. State | Affirmed |
| CAAP–13–00 00058 | Pico v. Kapiolani Medical Center for Women and Children | Affirmed |

## April 25, 2014

| CAAP–13–00 03106 | SP, In re | Affirmed |
| CAAP–12–00 01079 | State v. Cavillis | Affirmed |
| CAAP–13–00 00994 | State v. Sison | Vacated and Remanded |

## April 29, 2014

| CAAP–13–00 03270, CAAP–13–00 02792, CAAP–13–00 02731 | Rita v. State | Vacated and Remanded |
| CAAP–12–00 00279 | State v. Nabarro | Reversed |

## April 30, 2014

| CAAP–12–00 01004 | Balog v. Wakita | Affirmed |